IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TRAVIS LAND DAVIS                      PLAINTIFF

           v.            Civil No. 1:13-cv-01056

TREY PHILLIPS; TODD SUBER;
TENNILLE PRICE; UNION COUNTY
JUSTICE CENTER; ROBERT JEFFERYS;
TAMMIE GOODWIN; GEORGE VANHOOK;
MIKE MCGOUGH; BILL HICKMAN; and
HAMILTON H. SINGLETON                DEFENDANTS

## REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This is a civil rights action filed by Travis Davis[1] pursuant to 42 U.S.C. § 1983. Davis is currently incarcerated in the Arkansas Department of Corrections Cummins Unit in Grady, Arkansas. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation. Currently before me is Appellate's Motion for Leave to Appeal in forma pauperis (IFP) (ECF No. 17).

On October 17, 2013, United States District Judge Susan O. Hickey dismissed this lawsuit on the grounds that Davis failed to state a claim upon which relief could be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). ECF No. 12.[2] Further, the Court found the

---

[1] Davis noted in his Notice of Appeal that his correct name is Tracy Land Davis and the docket in this matter contains an error regarding his name. ECF No. 16.

[2] The Court subsequently issued an Amended Order on October 18, 2013, but this order did not change any of the Court's substantive ruling. ECF No. 15.

dismissal of Davis's case constituted a "strike" under 28 U.S.C. § 1915(g).  ECF No. 12.  Lewis filed a Notice of Appeal (ECF No. 16) and a Motion for Leave to Appeal IFP (ECF No. 17) on November 25, 2013.

As was discussed in greater detail in the Report and Recommendation filed on September 25, 2013 (ECF No. 8), all of Davis's claims were subject to dismissal as frivolous. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the dismissal of these frivolous claims is not taken in good faith.

Additionally, the United States District Court entered judgment in this matter on October 17, 2013.  ECF No. 12.  Pursuant to Federal Rule of Appellate Procedure 4, a notice of appeal must be filed with the district clerk within thirty (30) days after entry of the judgment or order appealed from.  Fed. R. App. P. 4(a)(1)(A).  Davis did not file his Notice until November 25, 2013—approximately thirty-nine (39) days from the day the Court ordered this case dismissed. Davis failed to meet the requirements of Rule 4(a)(1)(A).

Accordingly, I recommend that Davis's Motion for Leave to Appeal IFP (ECF No. 17) be denied pursuant to 28 U.S.C. § 1915(a)(3) as the appeal is not taken in good faith, and as untimely pursuant to Federal Rule of Appellate Procedure 4.  Davis may renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit.  Fed. R. App. P. 24(a).  Additionally, the Clerk should be directed to collect the $505.00 appellate filing fee from Davis pursuant to the provisions of the Prison Litigation Reform Act.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED this 11th day of December 2013.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE